391 A.2d 687

Commonwealth v. Jones, Appellant.

Submitted March 20, 1978.
James A. Peruto, for appellant; Sally DeMartini, Assistant District Attorney, and Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., dissented.